|  |  |  |
|---|---|---|
| MONTVALE SURGICAL CENTER, et al., | : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : : |  |
| -vs- | : : | Civil Action No. 12-3777 (SDW) |
| HORIZON BLUE CROSS BLUE SHIELD OF NJ, et al., | : : : | ORDER |
| Defendant(s), | : : |  |

**THIS MATTER** having come before the Court for a telephone conference on January 14, 2013; and for good cause shown;

**IT IS** on this 18th day of January, 2013

**ORDERED THAT:**

1. Affirmative expert reports shall be served by **April 1, 2013**.

2. Responsive expert reports shall be served by **May 15, 2013**.

3. Fact discovery shall be completed by **March 1, 2013**.

4. All outstanding written discovery shall be answered by **January 31, 2013**.

5. Wyeth Pharmaceuticals may serve ten (10) single-part interrogatories by **January 18, 2013** or will be barred.

6. A telephone status conference is scheduled for **Monday, April 8, 2013 at 4:00 p.m.** Ms. Macaluso will initiate the telephone conference.

*s/MadelineCox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:         Hon. Susan D. Wigenton, U.S.D.J.
            File