# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

May 1, 2013

Andrew R. Bronsnick, Esq.  
Massood & Bronsnick, LLC  
50 Packanack Lake Road East  
Wayne, New Jersey 07470-6663  

Carla D. Macaluso, Esq.  
Jackson Lewis LLP  
220 Headquarters Plaza  
7th Floor, East Tower  
Morristown, New Jersey 07960  

Matthew A. Baker, Esq.  
Connell Foley LLP  
457 Haddonfield Road, Suite 230  
Cherry Hill, New Jersey 08002  

## LETTER ORDER

Re: **Montvale Surgical v. Horizon Blue Cross, et al.**
    **Civil Action No. 12-3777 (SDW)**

Dear Counsel:

A settlement conference is scheduled for **Thursday, June 6, 2013 at 11:30 a.m.** One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients will full settlement authority shall be present at the conference.

In addition:

1. Affirmative expert reports shall be served by July 15, 2013.

2. Responsive expert reports shall be served by September 1, 2013.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_s/Madeline Cox Arleo_  
　　　　　　　　　　　　　　　　　　　　**MADELINE COX ARLEO**  
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

cc: Clerk  
　　Hon. Susan D. Wigenton, U.S.D.J.  
　　File