# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

June 26, 2013

Andrew R. Bronsnick, Esq.
Massood & Bronsnick, LLC
50 Packanack Lake Road East
Wayne, NJ 07470-6663

Carla D. Macaluso, Esq.
Jackson Lewis, LLP
220 Headquarters Plaza
7th Floor, East Tower
Morristown, NJ 07960

Matthew A. Baker, Esq.
Connell Foley, LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08002

## LETTER ORDER

**Re:   Montvale Surgical Center v. Horizon Blue Cross Blue Shield of New Jersey
Civil Action Nos. 12-2379, 12-2380, 12-3777**

Dear Counsel:

A settlement conference is scheduled for **Thursday, July 25, 2013 at 10:00 a.m.** One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients will full settlement authority shall be present at the conference.

**SO ORDERED.**

                           *s/Madeline Cox Arleo*
                           **MADELINE COX ARLEO**
                           **United States Magistrate Judge**

cc:   Clerk
       Hon. Susan D. Wigenton, U.S.D.J.
       File