## MASSOOD & BRONSNICK, LLC

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*

_____

°Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars

COUNSELLORS AT LAW

647 MAIN AVE, SUITE 203
Passaic, New Jersey 07055
(973) 779-4200
Fax (973) 777-7977-f

Email: ABRONSNICK@MASSOODLAW.COM

Reply to Wayne

BRENDAN H. MORRIS ^
ALLISON T. KURTZ
KIMBERLY A. KOPP
SUSAN M. MADAR

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

WAYNE OFFICE
50 Packanack Lake Road
Wayne, NJ 07470
973-696-1900
973-696-4211-f

October 15, 2013

**VIA ECF**

Honorable Madeline Cox Arelo, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg., Room 2060
50 Walnut Street
Newark, NJ 07102

  Re: *Montvale Surgical Center, LLC v. Horizon BCBS of NJ, et al.*
    Civil Action No.: 2:12-cv-03777

Dear Judge Arleo:

  Our office represents Plaintiff, Montvale Surgical Center, LLC in the above-referenced case and fifteen (15) additional cases entitled <u>Montvale Surgical Center v. Horizon Blue Cross Blue Shield of New Jersey</u> in the U.S. District Court, Newark vicinage.

  We appeared before Your Honor on July 25, 2013 for a settlement conference. The parties have been unable to finalize the settlement agreement and we hereby request an additional sixty (60) day dismissal order from October 1, 2013 to address this matter.

  Plaintiff intends to file a motion to enforce the settlement between the parties. In the event Your Honor is willing to conduct an additional conference with the parties, we believe same would be productive.

  We thank Your Honor for your time and consideration.

           Respectfully,

           By: _____
             ANDREW R. BRONSNICK, ESQ.

cc: Christopher Abatemarco, Esq. (Via ECF Filing)