JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT PFIZER, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o BRYAN FRIEDENBERGER; IN-BALANCE HEALTH, LLC, a/s/o BRYAN FRIEDENBERGER; and TOTAL BODY REHAB a/s/o BRYAN FRIEDENBERGER, <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NJ; WYETH PHARMACEUTICALS; ABC CORP. (1-10)(said names being fictitious and unknown entities), <br><br> Defendants. | Civil Action No. 2:12-cv-03777 <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiffs, Montvale Surgical Center, In-Balance Health, LLC, and Total Body Rehab ("Plaintiffs"), and Defendant Pfizer Inc., as successor-in-interest to Wyeth, Inc., sued herein as Wyeth Pharmaceuticals ("Pfizer"), through their undersigned counsel who are authorized to enter into this stipulation, that Plaintiffs' Complaint against Pfizer is dismissed in its entirety, with prejudice, and without costs and attorneys' fees.

By: _____
Andrew R. Bronsnick, Esq.
Massood & Bronsnick, LLC
50 Packanack Lake Road East
Wayne, NJ 07470
Attorneys for Plaintiffs

By: _____
John M. Nolan, Esq.
Carla D. Macaluso, Esq.
Jackson Lewis LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Attorneys for Defendant Pfizer Inc.

Dated: _____
205083 Friedenberger Stip of Dismissal(1).docx/4813-7470-0822, v. 1

Dated: 1/8/14

So Ordered
this 13th day of January 2014
_____
Susan D. Wigenton, U.S.D.J.